**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 01-6748**

_____

TIMMIE RUSSELL LOCKLEAR,

Plaintiff - Appellant,

versus

LINWOOD STANCIL; NORTH CAROLINA DEPARTMENT OF
CORRECTION,

Defendants - Appellees.

_____

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  James C. Fox, Senior District Judge.  (CA-01-195-5-F)

_____

Submitted:  September 20, 2001      Decided:  September 26, 2001

_____

Before LUTTIG, KING, and GREGORY, Circuit Judges.

_____

Dismissed by unpublished per curiam opinion.

_____

Timmie Russell Locklear, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Timmie Russell Locklear, a North Carolina prisoner, appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 2000) complaint under 28 U.S.C.A. § 1915A (West Supp. 2000). We have reviewed the record and the district court's opinion and find that this appeal is frivolous. Accordingly, we dismiss the appeal on the reasoning of the district court. See Locklear v. Stancil, No. CA-01-195-5-F (E.D.N.C. Apr. 19, 2001). We further deny Locklear's motion for discovery, his motion to amend, his motion for counsel and his motion for production of documents. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

2